IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ABDULLAHI MOHAMUD MOHAMED,**

    **Petitioner,**

v.                                          Case No. 4:16cv452-MW/GRJ

**LORETTA LYNCH, et al.,**

    **Respondents.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 20. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's emergency motion to amend, ECF No. 19, is **DENIED**. The petition for writ of habeas corpus, ECF No. 1, is **DENIED**." The Clerk shall close the file.

SO ORDERED on January 26, 2017.

                                                          s/Mark E. Walker            \_\_\_\_
                                                          **United States District Judge**